■ The People of the State of New York ex rel. Julio Negron, Appellant, v Wilson Walters, as Superintendent of the Ossining Correctional Facility, et al., Respondents. — Judgment of the Supreme Court, Westchester County (Leggett, J.), entered January 7, 1983, affirmed, without costs or disbursements (see *People ex rel. Wildes v New York State Bd. of Parole,* 62 AD2d 1006, app dsmd 45 NY2d 961). Titone, J. P., Bracken, Boyers and Lawrence, JJ., concur.

(November 26, 1984)

■ Emil Antonoff et al., Plaintiffs, v Family Television, Inc., et al., Respondents, and Trinity Broadcasting of New York, Inc., Appellant, et al., Defendant. — In a shareholder's derivative action, defendant Trinity Broadcasting of New York, Inc., appeals from an order of the Supreme Court, Dutchess County (Slifkin, J.), dated June 4, 1984, which denied its motion for summary judgment and for dismissal of the cross claim of defendant Family Television, Inc.

Order affirmed, with costs.

The presence of triable issues of fact mandates denial of summary judgment (*Krupp v Aetna Life & Cas. Co.,* 103 AD2d 252). Mollen, P. J., Titone, Thompson and O'Connor, JJ., concur.